IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| RENEE A. CHRUSTOWSKI, | : |
| Petitioner, | : |
| v. | : Civil Action No. 24-555-CFC |
| ROBERT BISHOP and PHILLIP BISHOP, | : |
| Respondents. | : |

## **MEMORANDUM**

*Pro se* petitioner Renee A. Chrustowski ("Petitioner") has filed a form application titled "Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241" ("Petition"). (D.I. 1) Petitioner alleges she is a pretrial detainee, and asserts four claims premised on the alleged "retaliation and discrimination by [her] former employee at USPS, discrimination by Middletown PD, and harass[ment] and assault[] by Clayton PD." (D.I. 1 at 1 ¶ 4, 2, 6-8; D.I. 1-1 at 1) For relief, Petitioner asks "to be relieved of all criminal charges, any pending charges, and court fees." (D.I 1 at 9 § 15)

A federal district court may summarily dismiss a habeas petition "if it plainly appears from the face of the petition and any exhibits annexed to it that the petitioner is not entitled to relief." Rule 4 of the Rules Governing Section 2254 Cases, 28 U.S.C. foll. § 2254. As a general rule, a federal district court can only entertain a habeas petition in behalf of a person in custody pursuant to the judgment of a State court, and a petitioner

is not entitled to federal habeas relief unless he has exhausted state remedies for his habeas claims. 28 U.S.C. § 2254(a) and (b)(1)(A); *see also* Rules 1- 2, 28 U.S.C. foll. § 2254. Although a state prisoner can challenge her pre-trial custody on speedy trial grounds pursuant to 28 U.S.C. § 2241, a federal court cannot provide habeas review for pre-trial claims if the petitioner is trying to abort her state criminal proceeding, because such adjudication would constitute premature litigation of constitutional defenses in federal court. *See* 28 U.S.C. § 2254(b); *Moore v. DeYoung*, 515 F.2d 437, 441-42 (3d Cir. 1975); *Braden v. 30th Judicial Circuit Court of Kentucky*, 410 U.S. 484, 493 (1973) (noting that habeas corpus review is not available to adjudicate the merits of an affirmative defense to a state criminal charge prior to a state court conviction, but that, in special circumstances, habeas corpus is the appropriate vehicle by which to demand enforcement of a state's constitutional obligation to provide a speedy trial).

After reviewing the instant Petition, the Court concludes that summary dismissal is appropriate. First, Petitioner is not in custody pursuant to a state court judgment. Second, to the extent Petitioner is asking the Court to relieve her of all pending criminal charges, she is improperly attempting to abort a state criminal proceeding. Third, Petitioner's claims – which appear to involve employment retaliation, discrimination, and harassment, as well as retaliation and discrimination by two police departments – do not present issues cognizable on federal habeas review.[1] *See, e.g., Pierre v. United*

---

[1] The Court notes that Petitioner has filed numerous civil cases in this Court which seemingly involve the same defendants and identical or similar issues. *See, e.g., Chrustowski v. USPS Middletown Post Office,* C.A. 23-1027-CFC; *Chrustowski v. USPS,* C.A. 23-1206-CFC); *Chrustowski v. RCA Middletown Post Office et al,* C.A. 23-

*States*, 525 F.2d 933, 935-36 (5th Cir. 1976) ("Simply stated, habeas is not available to review questions unrelated to the cause of detention. Its sole function is to grant relief from unlawful imprisonment or custody[,] and it cannot be used properly for any other purpose.").

Accordingly, the Court will dismiss the instant Petition. The Court will also decline to issue a certificate of appealability because Petitioner has failed to make a "substantial showing of the denial of a constitutional right." *See* 28 U.S.C. § 2253(c)(2); 3d Cir. L.A.R. 22.2 (2011); *United States v. Eyer*, 113 F.3d 470 (3d Cir. 1997). A separate Order will be entered.

Dated: October 22, 2024

Colm F. Connolly
Chief Judge

---

745-CFC; *Chrustowski v. Life House Church, et al*, C.A. 24-35-CFC; *Chrustowski v. Louis DeJoy et al* C.A. 24-37-CFC.